IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

USABLE LIFE                                                                              PLAINTIFF

v.                                    Case No.  4:21-cv-00049-KGB

ROBERT JOE WHITE, individually and as
Administrator of the Estate of Katherine Ann
White and SAMANTHA TAYLOR                                              DEFENDANTS

## ORDER

Before the Court is plaintiff in interpleader USAble Life's motion to dismiss (Dkt. No. 16). USAble Life represents that it and the separate defendents, Robert Joe White and Samantha Taylor, have reached a joint settlement agreement (*Id.*, ¶ 3). Separate defendents Robert Joe White and Samantha Taylor also join USAble Life in this motion (*Id.*, ¶ 4).  The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court grants the motion (Dkt. No. 16).  The action is dismissed with prejudice.

It is so ordered this 22nd day of March, 2022.

_____
Kristine G. Baker
United States District Judge